FILED '09 APR 22 14:24 USDC-ORE

# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

**RENE REESER,**
    **Plaintiff,**

CV 08-0918-HO

v.

**ORDER**

**MICHAEL ASTRUE,**
**Commissioner of Social Security,**
    **Defendant.**

---

Based upon the stipulation of the parties, it is hereby **ORDERED** that attorney fees in the amount of $5600.34 and costs in the amount of $0.00, for a total of $5600.34, are awarded to Plaintiff and shall be paid directly to Plaintiff's Attorney, Robyn M. Rebers, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412 and 28 U.S.C. § 1920. There are no expenses to be paid herein.

DATED this 22nd day of April, 2009.

_____
UNITED STATES DISTRICT JUDGE

presented by:
Robyn M. Rebers, OSB # 03430
Attorney for Plaintiff